# UNITED STATES DISTRICT COURT

SOUTHERN  DISTRICT OF  NEW YORK

United States                              APPEARANCE

v.

Jose Peter Sierra         Case No.    1:07-mj-00498-UA

To the Clerk of this court and all parties in this case for:

Jose Peter Sierra

I certify that I am admitted to practice in this court.

April 9, 2007
Date

Signature
DEVERAUX L. CANNICK  DLC1507
Print Name                          Bar Number
69-06 Grand Avenue
Address
Maspeth, New York 11378
City         State        Zip Code
718-426-0444      718-803-9764
Phone Number          Fax Number