UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                               :

UNITED STATES OF AMERICA        :

             v.                :

JOSE PETER SIERRA,            :

          Defendant.       :

                               :
- - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**ORDER**

07 Cr 781 (LAK)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/20/08

         WHEREAS, with the defendant's consent, his guilty plea allocution was taken before the Honorable Kevin Nathaniel Fox, United States Magistrate Judge, on January 10, 2008;

         WHEREAS, a transcript of the allocution was made and thereafter transmitted to the District Court; and

         WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the plea of guilty to Count One and Count Two of the Indictment knowingly and voluntarily, and that there is a factual basis for the guilty plea,

         IT IS ORDERED that the defendant's guilty plea be, and hereby is, ACCEPTED.

Dated:   February 19, 2008.

_____
The Honorable Lewis A. Kaplan
United States District Judge